IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RAYMOND LEO THOMPSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:12CV715 |
| | ) | 1:09CR293-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

On August 12, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner, pro se and through counsel, filed objections (Docs. 59, 60) to the Recommendation within the time limit prescribed by Section 636. Petitioner also filed a Motion to Adopt and Incorporate (Doc. 61).

The court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 54), which is AFFIRMED and ADOPTED.

IT IS THEREFORE ORDERED that Petitioner's Motion to Adopt and Incorporate (Doc. 61) is GRANTED, Petitioner's Motion to vacate, set aside or correct sentence (Doc. 31), as supplemented, is DENIED, and this action is DISMISSED WITH PREJUDICE. Finding neither a substantial issue for appeal concerning the denial of a

constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is not issued.

                                                /s/   Thomas D. Schroeder
                                            United States District Judge

September 18, 2015